IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KIM GENTRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:08-0123 |
| | ) JUDGE ECHOLS/KNOWLES |
| | ) |
| THE HERSHEY COMPANY, | ) |
| LIBERTY DISTRIBUTION, LLC, and | ) |
| PETCO Animal Supplies, Inc., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court upon three discovery-related Motions filed by Defendants Liberty Distribution, LLC and PETCO Animal Supplies, Inc.: (1) "Liberty Distribution, LLC's Motion to Strike Plaintiff's Rule 30(b)(6) Notice of Deposition and attached subpoena duces tecum (Docket No. 32); (2) Liberty Distribution, LLC's Motion for Protective Order preventing Plaintiff opposing Defendant in Cookeville, Tennessee" (Docket No. 34); and (3) Motion for Protective Order to Quash Plaintiff's Deposition Notice of PETCO Animal Supplies' corporate representative in Cookeville, Tennessee (Docket No. 38). Plaintiff has filed Responses to each of the Motions. Docket Nos. 40, 42, 43, 44, 45, 46. The first two of the Motions at issue were filed September 18, 2009, while the third was filed September 23, 2009.

The Initial Case Management Order, entered February 24, 2009, provided that the discovery cutoff deadline in this action was October 2, 2009. The instant Motions were filed approximately two weeks before the discovery cutoff deadline.

The parties subsequently filed a "Joint to Amend Initial Case Management Order" (Docket No. 48), seeking to extend, for at least 2 months, virtually all the deadlines set forth in the Initial Case Management Order. The undersigned denied that Motion. Docket No. 50.

The instant Motions are, therefore, DENIED AS MOOT, in view of the fact that the discovery cutoff deadline was October 2, 2009.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge

2