IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
FOR THE MIDDLE DISTRICT OF TENNESSEE JUDICIAL DISTRICT AT
PUTNAM COUNTY

99.4298

**KIM GENTRY,**

  **Plaintiff,**

**VS**

**THE HERSHEY COMPANY, LIBERTY DISTRIBUTION, LLC and PETCO ANIMAL SUPPLIES, INC.,**

  **Defendants.**

**NO. 2:08-0123**
**DIV.**

**DEFENDANT PETCO ANIMAL SUPPLIES, INC.'S AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This cause came to be heard on statements of counsel for the parties to the effect that all matters in controversy have been resolved between Plaintiff Kim Gentry and Defendant Petco Animal Supplies, Inc., and upon the request of the parties that this case be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this entire case is dismissed with prejudice. The costs in this matter are assessed against Defendant Petco Animal Supplies, Inc. for which let execution issue, and the parties have agreed that no party shall seek any discretionary costs.

_____
**ROBERT L. ECHOLS, SR. DISTRICT JUDGE**

DATE:_____4/12/10_____

APPROVED:

s/William F. Roberson, Jr.
WILLIAM ROBERSON, ESQ.- #17535
*Attorney for Plaintiff, Kim Gentry*
320 East Broad Street
Cookeville, Tennessee 38501


**McNABB, BRAGORGOS & BURGESS, PLLC**

s/Lori J. Keen
LORI J. KEEN, ESQ.- #14916

s/R. Scott McCullough
R. SCOTT McCULLOUGH, ESQ.- #19499
*Attorneys for Defendant, Petco Animal Supplies, Inc.*
81 Monroe Avenue, Sixth Floor
Memphis, Tennessee 38103-5402
(901) 624-0640
(901) 624-0650 – fax
lkeen@mbb-law.com
rmccullough@mbb-law.com